**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-04386-JLK

AHMED SALAH ALISSA,

Petitioner,

v.

JUAN BALTAZAR, Warden,

Respondent.

---

**ORDER**

---

Petitioner has filed an Application for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging his detention at the immigration facility in Aurora, Colorado. Considering the Petitioner's allegations and the time-sensitive nature of the relief he requests, it is ORDERED:

PETITIONER SHALL (1) serve respondent with a copy of the Application along with a copy of this Order, by no later than October 1, 2026; and (2) promptly file proof of service with the Court.

RESPONDENT IS ORDERED TO SHOW CAUSE within five days from the date of service as to why the Application should not be granted.

Pursuant to the All Writs Act, and in order to preserve the Court's jurisdiction, RESPONDENT SHALL NOT REMOVE Petitioner Ahmed Salah Alissa from the District of Colorado or the United States unless or until this Court or the Court of Appeals for the Tenth Circuit vacates this Order.

DATED this 17th day of September, 2026.

John L. Kane

JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE